531 P.2d 602

**Robert E. CHAVEZ, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10298.**

Supreme Court of New Mexico.

Jan. 27, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1607, 87 N.M. 180, 531 P.2d 603, be and the same is hereby returned to the Clerk of the Court of Appeals.

531 P.2d 602

**Sue M. BYNUM et al., Petitioners,**

v.

**Harold D. BYNUM and Jane M. Bynum, his wife, Respondents.**

**No. 10332.**

Supreme Court of New Mexico.

Jan. 30, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1395, 87 N.M. 195, 531 P.2d 618, be and the same is hereby returned to the Clerk of the Court of Appeals.

531 P.2d 602

**Steven G. RIDLEY, Michael G. Ridley and other members of the class of persons described herein, Petitioners,**

v.

**FIRST NATIONAL BANK IN ALBUQUERQUE, a National Banking Association, Respondent.**

**No. 10314.**

Supreme Court of New Mexico.

Jan. 30, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1221, 87 N.M. 184, 531 P.2d 607, be and the same is hereby returned to the Clerk of the Court of Appeals.